# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| TIMOTHY J. ALEXANDER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 08-CV-144-WDS |
| RONALD FEARHEILEY, et al, | ) | |
| Defendants. | ) | |

## O R D E R

**STIEHL, District Judge:**

Before the Court is plaintiff's motion for voluntary dismissal (Doc. 11), to which defendants have not filed a response. Upon review of the record, the Court **GRANTS** plaintiff's motion and **DISMISSES** plaintiff's cause of action on all grounds. The Court **DIRECTS** the Clerk of the Court to enter judgment accordingly, each party shall bear its own costs.

**IT IS SO ORDERED.**

DATED:   May 23, 2008

                                                  s/ WILLIAM D. STIEHL
                                                      **District Judge**